# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA BACHUSS,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br> NCO FINANCIAL SYSTEMS, INC.  )<br>                              )<br>        Defendant.            )| **Case No.: 10-cv-02903-JD** |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Richard A. Kessler               /S/ Craig Thor Kimmel
Richard A. Kessler, Esquire          Craig Thor Kimmel, Esquire
Attorney for the Defendant           Attorney for the Plaintiff

Date: October 27, 2010               Date: October 27, 2010


BY THE COURT:

_____
                                                    J.