UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA BACHUSS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 10-cv-02903-JD |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Richard A. Kessler
Richard A. Kessler, Esquire
Attorney for the Defendant

Date: October 27, 2010

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney for the Plaintiff

Date: October 27, 2010

BY THE COURT:

_____ J.